No. 73–5772. FARETTA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. [Certiorari granted, 415 U. S. 975.] Motion of petitioner for appointment of counsel granted. It is ordered that Jerome B. Falk, Jr., Esquire, of San Francisco, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 73–1470. JONES ET AL. *v.* MEANS ET AL., EXECUTORS. Motion for leave to file petition for writ of certiorari denied.

No. 73–6339. GARNER *v.* DAGGETT, WARDEN, ET AL.; and

No. 73–6633. SCHWARTZ *v.* NEVADA ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 73–6476. KELLY *v.* STRUBBE, CLERK, U. S. COURT OF APPEALS;

No. 73–6513. CAMPBELL *v.* WADSWORTH, CLERK, U. S. COURT OF APPEALS, ET AL.; and

No. 73–6557. CAGLE *v.* DAGGETT, WARDEN, ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 73–1462. WHITE, SECRETARY OF STATE OF TEXAS, ET AL. *v.* REGESTER ET AL. Appeal from D. C. W. D. Tex. Probable jurisdiction noted. MR. JUSTICE DOUGLAS would affirm the judgment.